AO 91 (Rev. 11/11)  Criminal Complaint

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 2 – 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

United States of America )
v. )
Jeri Flinn and ) Case No. 3:21mj102LGI
Dunbar Merrill Flinn ) (UNDER SEAL)
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 1, 2017__ in the county of __Rankin__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 1071, 1001 & 3 | Jeri Flinn and Dunbar Merrill Flinn violated said statutes by not only providing monetary support to Buck Flinn, a federal fugitive, also provided a vehicle, concealed his whereabouts and provided false statements to federal officers about not having any contact or communication with Buck Flinn since June 2016. |

This criminal complaint is based on these facts:

See Affidavit of Deputy Senior Marshal Robert Seals Love, III attached hereto and incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

DUSM Robert Seals Love, III
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/2/2021

*Judge's signature*

City and state: Jackson, Mississippi
Hon. LaKeysha Greer Isaac, U.S. Magistrate Judge
*Printed name and title*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 2 - 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

## AFFIDAVIT

I, Robert Love, Senior Inspector Deputy Marshal with the United States Marshals Service, being duly sworn, depose and state as follows:

## INTRODUCTION

I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a criminal complaint. I am a Deputy Marshal with the United States Marshals Service, currently assigned as the District Sex Offender Coordinator. I have completed the Criminal Investigations Training Program at the Federal Law Enforcement Officers Training Academy in Glynco, GA. Prior to my employment with the USMS, I was employed by the Federal Bureau of Prisons, and the Ridgeland Police Department. I have a Masters Degree in Criminal Justice from the University of Mississippi.

Along with other Deputy United States Marshals (DUSM), I am involved in an investigation of **Jeri FLINN and Dunbar Merrill FLINN** for violations of Title 18, United States Code, Section 1071 (Concealing a Person from Arrest), Title 18, United States Code, Section 1001 (False Statements to Federal Agents), and Title 18, United States Code, Section 3 (Accessory after the Fact).

Because this affidavit is being submitted for the limited purposes of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that a violation of the aforementioned statutes exist. The facts set forth in this affidavit are based on my own personal knowledge, witness interviews, my review of reports, discussions I have had with other law enforcement officers and other evidence.

1

PROBABLE CAUSE

On June 23, 2016, the Honorable Tom S. Lee, District Court Judge for the Southern District of Mississippi issued a bench warrant for the arrest of Buck Stratton FLINN (hereafter "FLINN") for failure to appear for sentencing. FLINN remains a fugitive. Jeri FLINN is the spouse of FLINN and Dunbar FLINN is the son.

USDMs have interviewed multiple relatives, friends, coworkers, and family members regarding the location of FLINN.

On July 1, 2016, Deputy United States Marshal (DUSM) Nick Roselli along with other DUSMs conducted an interview of Jeri FLINN at her place of employment. Jeri FLINN stated she had not been in contact with FLINN. Jeri FLINN stated that FLINN fled in a Honda Ridgeline identified with Mississippi registration RAE 966 (VIN: 2HJYK16598H535952).

On August 16, 2016, Members of the United States Marshal Service, Gulf Coast Regional Fugitive Task Force (GCRFTF) traveled to 200 Jacks Place, Brandon, MS in an attempt to locate FLINN. FLINN was not located at the residence but officers encountered Jeri FLINN. Jeri FLINN stated she has not had contact with FLINN since June 22, 2016. Jeri FLINN again stated that FLINN fled in a 2008 Honda Ridgeline.

In February of 2017, DUSM Roselli and DUSM Howard Sanford interviewed Jeri FLINN. Jeri FLINN denied any communication or contact with FLINN or knowledge of his location. DUSMs questioned Jeri FLINN again about the Honda Ridgeline used by FLINN to flee. Jeri FLINN stated that she never reported the vehicle stolen to "wash her hands of the situation." Jeri FLINN stated that she continued to pay the insurance on the vehicle.

On November 1, 2017, DUSM Roselli again interviewed Jeri FLINN at her place of employment. During this interview, Jeri FLINN stated she paid off $7,000 of remaining debt

owed on the vehicle that was in her husband's possession. Jeri FLINN acknowledged that FLINN was a fugitive. Jeri FLINN denied knowing the location of FLINN and the vehicle.

On November 27, 2017, DUSM Roselli along with members of the GCRFTF traveled to 200 Jacks Place, Brandon, MS after information was received of a moving truck at the residence. DUSM Roselli encountered Dunbar FLINN. Dunbar FLINN stated that he is the biological son of FLINN. Dunbar FLINN stated that he had not spoken with FLINN in a "few years." Dunbar FLINN denied any relationship with FLINN. DUSM Roselli questioned Dunbar FLINN regarding the truck and Dunbar FLINN denied any knowledge of the whereabouts of his father- FLINN or the 2008 Honda Ridgeline.

On September 10, 2020, Supervisory DUSM Johnnie Davis and United States Department of Agriculture, Special Agent D. Short interviewed Jeri FLINN at the law office of Attorney Cynthia Stewart. Jeri FLINN stated she was "tricked" into being co-signer of the Honda Ridgeline. Jeri FLINN that stated, "She didn't think of" reporting the vehicle stolen. Jeri FLINN continued to pay for the vehicle after FLINN became a fugitive.

On September 14, 2020, SDUSM Davis spoke with Dunbar FLINN. Dunbar FLINN stated that he had not had contact with FLINN since June of 2016. Dunbar FLINN denied any knowledge of FLINN's location. Dunbar FLINN stated that he was residing in New Orleans, LA.

On November 24, 2020, I received information that a 2008 Honda Ridgeline with VIN: 2HJYK16598H535952 was serviced at Take 5 Oil Change, Metairie, LA on October 26, 2020. The business provided information that the vehicle was brought in for service by Anthony Loiacano residing at 905 Roosevelt Boulevard, Kenner, Louisiana. A search of public social media revealed Anthony Loiacono to be an acquaintance of Dunbar FLINN. DUSMs conducted

surveillance of 905 Roosevelt Boulevard, Kenner, Louisiana and observed a Honda Ridgeline backed into the yard.

On December 5, 2020, the Eastern Louisiana Task Force traveled to 905 Roosevelt Dr., Kenner, LA to locate FLINN. FLINN was not located. The Honda Ridgeline observed on the property was confirmed to be the vehicle used by FLINN to flee in June 2016. An interview was conducted with Anthony Loiacano, Sr. who stated that he received the vehicle from his son Nick Loiacano earlier in the year. Anthony Loiacano, Sr. could not produce a title transfer or any records of the vehicle. Anthony Loiacano, Sr. recognized the name "FLINN" stating his son Anthony was a friend of Dunbar FLINN.

On December 16, 2020, DUSM Roselli and your Affiant traveled to 200 Funston Street, Elmwood, LA to interview Nick Loiacano. Nick Loiacano owns Nola Film Automotive, which is a business that rents vehicles to the film industry. Nick Loiacano stated he received the vehicle from his brother, Anthony. Nick Loiacano could not produce any documentation on the vehicle. Nick Loiacano stated he placed a dealer tag on the vehicle (DI72514).

On December 16, 2020, DUSM Roselli and your Affiant traveled to 476 Metairie Street, Metairie, LA to interview Anthony Loiacano. Anthony Loiacano stated that he and Dunbar FLINN were business partners and he observed Dunbar FLINN driving the 2008 Honda Ridgeline. Anthony Loiacano stated that Dunbar FLINN received the 2008 Honda Ridgeline in August 2016 from his father Buck FLINN. Dunbar FLINN then asked to park the vehicle at a property controlled by Anthony Loiacano in February of 2017. Anthony Loiacano stated they parked the vehicle in the back of the parking lot near a fence. The vehicle was parked in a location that is hidden from the view of the public road. Anthony Loiacano denied any recent contact with Dunbar FLINN in approximately 2 years.

Based on the foregoing facts and circumstances, your Affiant believes there is probably cause to believe Jeri FLINN and Dunbar Merrill FLINN violated Title 18, United States Code, Section 1071 (Concealing a Person from Arrest), Title 18, United States Code, Section 1001 (False Statements to Federal Agents), and Title 18, United States Code, Section 3 (Accessory after the Fact) by not only providing monetary support to Buck FLINN in the form of vehicle and insurance payments, concealing and assisting Buck FLINN to flee sentencing in a federal criminal case and providing false statements to federal agents about not having any contact or communication with Buck FLINN since June 2016.

*[signature]*
ROBERT SEALS LOVE, III
SENIOR INSPECTOR
UNITED STATES MARSHALS SERVICE

5